UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEVI BRUSH,<br><br>        **Plaintiff,**<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>        **Defendant.** | CASE NO. 2:12-CV-05311-ER |

### OFFER OF JUDGMENT

DATE: November 13, 2012

TO:    Levi Brush (hereinafter "Plaintiff"), by and through Plaintiff's attorney, Craig Thor Kimmel, Kimmel & Silverman, P.C., 30 E. Butler Pike, Ambler, PA 19002.

Pursuant to Fed. R. Civ. P. 68, Defendant, NCO Financial Systems, Inc., (hereinafter "NCO") hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

1. Judgment shall be entered against NCO for damages in the total amount of One Thousand One and No/100 Dollars ($1,001) for damages incurred by Plaintiff as a result of NCO's alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*;

2. In addition, the Judgment entered shall include an additional amount for Plaintiff's reasonable costs and attorney's fees accrued through the date of service of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by Plaintiff's counsel;

3. The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against NCO, said judgment shall have no effect whatsoever except in settlement of those claims;

4.     This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that NCO is liable in this action, or that Plaintiff has suffered any damage;

5.     In accordance with Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted by Plaintiff within 14 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay his costs incurred after making this Offer, as well as the costs of NCO as allowed by the law of this Circuit.

ACCEPTED:_____
              Plaintiff

DATE:       _____

                                          Respectfully submitted,

                                          /s/ Ross S. Enders
                                          Ross S. Enders, Esq.
                                          Sessions Fishman Nathan & Israel, LLC
                                          200 Route 31 North, Suite 203
                                          Flemington, NJ  08822-5736
                                          Telephone: (908) 751-5941
                                          Facsimile: (908) 751-5944
                                          E-mail: renders@sessions-law.biz
                                          Attorneys for Defendant,
                                          NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of November, 2012, a copy of the foregoing **Offer of Judgment** was forwarded to counsel of record listed below by electronic mail and by placing a copy of same in the United States Mail, postage prepaid.

Craig Thor Kimmel, Esq.
KIMMEL & SILVERMAN PC
30 E. Butler Pike
Amber, PA 19002
Phone: 215-540-8888
Email: kimmel@creditlaw.com
Attorney for Plaintiff

By: /s/ Ross S. Enders
Ross S. Enders, Esq.
Attorney for Defendant
NCO Financial Systems, Inc.