IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEVI BRUSH

    v.                        NO. 12-CV-5311

NCO FINANCIAL SYSTEMS, INC.

## JUDGMENT

BEFORE ROBRENO, J.

    AND NOW, to wit, this 21st day of November, 2012, in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

    It is ORDERED that judgment is entered in favor of plaintiff LEVI BRUSH and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $1,001.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Theresa Milano*
Theresa Milano, Deputy Clerk

ENTERED
NOV 23 2012
CLERK OF COURT

FILED
NOV 21 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

judg